# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kia R. Holland                                   CHAPTER 13

                    Debtor(s)

                                                        BKY. NO. 19-16921 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

     Respectfully submitted,
     **/s/ Rebecca A. Solarz Esquire**
     Rebecca A Solarz, Esquire
     Kevin G. McDonald, Esquire
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322