**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Kia R. Holland | | |
| DEBTOR | : | BKY. NO. 19-16921MDC13 |

**O R D E R**

It is Ordered that the stipulation between Consumer Portfolio Service and the Debtor resolving the Objection to Confirmation is approved.

June 26, 2020

By the Court:

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Judge