United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-16921-mdc
Kia R. Holland                                                  Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 1              Date Rcvd: Jun 26, 2020
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
db             +Kia R. Holland,    5119 Saul Street,    Philadelphia, PA 19124-1919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
        KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        MICHAEL A. CATALDO2    on behalf of Debtor Kia R. Holland ecf@ccpclaw.com,   igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor Kia R. Holland ecf@ccpclaw.com,   igotnotices@ccpclaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE
         FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                      TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Kia R. Holland | | |
| DEBTOR | : | BKY. NO. 19-16921MDC13 |

## O R D E R

It is Ordered that the stipulation between Consumer Portfolio Service and the Debtor resolving the Objection to Confirmation is approved.

June 26, 2020

By the Court:

_Magdeline D. Coleman_
Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Judge