**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :        CHAPTER 13
Kia R. Holland

   DEBTOR                          :        BKY. NO.  19-16921MDC13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Supplemental Application and Supplemental Application to Approve Counsel Fees.

                                                      Respectfully Submitted,

Date:  March 17, 2021                _____s/_____
                                                      MICHAEL A. CATALDO, ESQUIRE
                                                      CIBIK & CATALDO, P.C.
                                                      1500 WALNUT STREET, STE. 900
                                                      PHILADELPHIA, PA  19102
                                                      (215) 735-1060