# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :          CHAPTER 13

KIA HOLLAND
    DEBTOR                                  :          BKY. NO. 19-16921MDC

## ORDER

AND NOW, this  28th  day of  March  2021 upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation.

It is hereby Ordered that the motion is Granted and the modified plan filed February 23, 2021 as document number **62** is approved.

By the Court:

_Magdeline D. Coleman_

Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE