# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   KIA HOLLAND                :         Chapter 13

DEBTOR                              :         Bankruptcy No. 19-16921MDC13

## ORDER

　　AND NOW, this 13th day of April 2021 upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation.

　　It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$750.00** is **ALLOWED** to Cibik & Cataldo.  The Chapter 13 Trustee shall pay the allowed amount as an administrative expense to the extend provided in the confirmed plan.

By the Court:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge