United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-16921-mdc |
|---|---|
| Kia R. Holland | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kia R. Holland, 5119 Saul Street, Philadelphia, PA 19124-1919 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 14 2021 09:20:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KERI P EBECK | |
| | on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| LEON P. HALLER | |
| | on behalf of Creditor U.S. BANK  NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL A. CATALDO2 | |
| | on behalf of Debtor Kia R. Holland ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 13, 2021                       Form ID: pdf900                             Total Noticed: 2

on behalf of Debtor Kia R. Holland ecf@ccpclaw.com  igotnotices@ccpclaw.com

REBECCA ANN SOLARZ

on behalf of Creditor U.S. BANK  NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE FOR THE PENNSYLVANIA
HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:   KIA HOLLAND                    :        Chapter13


DEBTOR                                  :        Bankruptcy No. 19-16921MDC13

**ORDER**

        AND NOW, this      13th          day of                April       2021 upon
consideration of Debtor's Counsel's Application to Approve Supplemental
Compensation.

        It is **ORDERED** that the Application is GRANTED and that supplemental
compensation of **$750.00** is **ALLOWED** to Cibik & Cataldo.   The Chapter 13
Trustee shall pay the allowed amount as an administrative expense to the
extend provided in the confirmed plan.


                                        By the Court:

                                        _Magdeline D. Coleman_
                                        _____
                                        MAGDELINE D. COLEMAN
                                        Chief U.S. Bankruptcy Judge