# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-16921-MDC

KIA R. HOLLAND

5119 SAUL STREET

PHILADELPHIA, PA 19124-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KIA R. HOLLAND

    5119 SAUL STREET

    PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA 19102-

Date: 10/25/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee